ROBERT FRAZER
United States Attorney
TASHA BRADT
Assistant United States Attorney
970 Broad Street
Newark, NJ 07102
Tel: (609) 858-0305
Tasha.Bradt@usdoj.gov
*Attorney for Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED,<br><br>   *Petitioner*,<br><br>  v.<br><br>WARDEN, DELANEY HALL<br>DETENTION CENTER, et al.,<br><br>   *Respondents*. | Hon. Renée Marie Bumb, U.S.D.J.<br><br>Civil Action No. 26-cv-03278 (RMB)<br><br>**NOTICE OF APPEARANCE** |

To: MELISSA E. RHOADS, ESQ., Clerk

The undersigned Assistant United States Attorney, Tasha M. Bradt, hereby enters a notice of appearance as an attorney for Respondents in the above-referenced matter.

        Respectfully submitted,

        ROBERT FRAZER
        United States Attorney

   By: /s/ *Tasha M. Bradt*
        TASHA M. BRADT
        Assistant United States Attorney
        *Attorneys for the United States*